**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| CHAD KUROWICKI, | Case No. 18-42076-MLO |
| REGINA KUROWICKI,, | Honorable MARIA OXHOLM |
| | Chapter 7 |
| Debtors. | |

2900 E Maumee St
Adrian, MI 49221
XXX-XX-8016,
XXX-XX-3973
_____/

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT - PRESUMPTION OF UNDUE HARDSHIP APPLIES

**NOW COMES**, Creditor, CREDIT ACCEPTANCE CORPORATION, by and through Counsel, Kilpatrick & Associates, P.C., and moves this Court to schedule a hearing to review the presumption of hardship that has arisen under 11 U.S.C. § 524(m) on the Reaffirmation Agreement filed contemporaneously with this Motion based upon:

☒ A review of Schedules I (income) and J (expenses).

☒ The Debtor's statement in support of the Reaffirmation Agreement.

**WHEREFORE**, Creditor, Credit Acceptance Corporation, requests that the Court schedule this matter for hearing and provide notice to the appropriate parties.

Respectfully submitted;
KILPATRICK & ASSOCIATES, P.C.

By:/s/ *SHAKEENA G. MELBOURNE*
RICHARDO I. KILPATRICK, ESQ. (P35275)
SHAKEENA G. MELBOURNE, ESQ. (P78958)
Attorneys for Credit Acceptance Corporation
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
Dated: May 14, 2018      (248) 377-0700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

CHAD KUROWICKI,                                            Case No. 18-42076-MLO
REGINA KUROWICKI,,                                 Honorable MARIA OXHOLM
                                                                                Chapter 7

         Debtors.

2900 E Maumee St
Adrian, MI 49221
XXX-XX-8016,
XXX-XX-3973
_____/

**ORDER APPROVING REAFFIRMATION AGREEMENT**

This matter having come before the Court on Creditor's Motion for Approval of Reaffirmation Agreement- Presumption of Undue Hardship Applies between Debtors and Credit Acceptance Corporation related to a 2013 Ford Focus (VIN:1FADP3K24DL373453) filed on May 14, 2018, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Court has reviewed the Reaffirmation Agreement and the presumption of undue hardship pursuant to 11 U.S.C. § 524(m) has been overcome to the satisfaction of the Court.

**IT IS FURTHER ORDERED** that the Court grant the Creditor's Motion and approve the Reaffirmation Agreement described above.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| CHAD KUROWICKI, | Case No. 18-42076-MLO |
| REGINA KUROWICKI,, | Honorable MARIA OXHOLM |
| | Chapter 7 |
| Debtors. | |

2900 E Maumee St
Adrian, MI 49221
XXX-XX-8016,
XXX-XX-3973
_____/

## PROOF OF SERVICE OF MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT - PRESUMPTION OF UNDUE HARDSHIP APPLIES

**DE'ADRA CHAPMAN** certifies that on the 14th day of May, 2018, she served a copy of the MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT – PRESUMPTION OF UNDUE HARDSHIP APPLIES, and PROOF OF SERVICE, in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

J. Gregory Frye: gfrye@babutlaw.com

Timothy J. Miller: tmiller@schneidermiller.com

Office of the U.S. Trustee: via ECF e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Chad Kurowicki, Regina Kurowicki,
2900 E Maumee St
Adrian, MI  49221

/s/     *DE'ADRA CHAPMAN*
**DE'ADRA CHAPMAN**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700