Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−42076−mlo
Chapter: 7
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
Chad Kurowicki
2900 E Maumee St
Adrian, MI 49221

Regina Kurowicki
2900 E Maumee St
Adrian, MI 49221

Social Security No.:
xxx−xx−8016               xxx−xx−3973

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*22* − Reaffirmation Agreement Between Debtor and Credit Acceptance Corporation Re:2013 Ford Focus with Declaration of Attorney and Cover Sheet Filed by Creditor Credit Acceptance Corporation. (Melbourne, Shakeena)

*23* − Motion for Approval of Reaffirmation Agreement − Presumption of Undue Hardship Applies with Credit Acceptance Corporation Filed by Creditor Credit Acceptance Corporation (Melbourne, Shakeena)

will be held on: 6/7/18 at 10:00 AM at Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226

Dated: 5/14/18

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court